UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-10669
Summary Calendar
_____

TIMOTHY MATTOX,

Plaintiff-Appellant,

versus

PAUL MORALES, Major,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Texas

(1:97-CV-160-C)
_____

April 21, 1999

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

We have reviewed the parties' briefs, the magistrate judge's opinion, and relevant portions of the record.

The district court judgment is affirmed because appellant has failed to demonstrate that this minimal scratch and bruises he received rise to a statutorily significant level of injury that requires this case to proceed. 42 U.S.C. 1997e(e).

**AFFIRMED.**

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.